UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>ROBERT A. KENNEDY )<br>        Defendant. ) | CASE NO.  1:23-CR-10122-001-DJC |

### MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL

For the reasons set forth below, the United States of America respectfully requests that this Court unseal the documents (docket entries 55 through 59-4) filed *under seal* by the United States because the Garnishee has been served with the Writ of Garnishment ordering withholding and retention of any property in which the Defendant has a substantial non-exempt interest.

### BACKGROUND

On January 04, 2024, this Court entered Judgment in a Criminal Case against the Defendant Robert A. Kennedy (hereinafter "Kennedy"). The Defendant was sentenced to pay the judgment amount of $14,475.00, plus interest.  According to the records of the United States Attorney's Office as of September 29, 2024, the Defendant has an outstanding debt balance of $14,181.94.

In an effort to collect the Defendant's outstanding judgment debt, the United States filed an Application for a Writ of Garnishment *under seal*, in order to prevent the Defendant from learning of the collection activity and potentially dissipating assets prior to the service of the Writ on the Garnishee, so that funds could be turned over to the United States District Court Clerk and applied to the Defendant's outstanding judgment debt.

On October 10, 2024, the Court issued the Writ of Garnishment and the Clerk's Notice of Garnishment. On October 21, 2024, a Certificate of Service was filed with regard to service of the Garnishment documents on both the Garnishee and the Defendant.

## CONCLUSION

Consequently, the United States respectfully requests that this Court unseal the documents (docket entries 55 through 59-4) filed *under seal* by the United States because the Garnishee has been served with the Writ of Garnishment ordering withholding and retention of any property in which the Defendant has a substantial non-exempt interest.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Alexandra.Amrhein@usdoj.gov

Date: October 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, this document was filed through the ECF system and was sent electronically to any registered participants and a paper copy was sent by mail to Robert A. Kennedy located in Stoneham, MA.

/s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney

Date: October 22, 2024